

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
United States District Court
Southern District of Texas
       ENTERED
    AUG 1 8 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk
```

| | |
|---|---|
| JOSE ANGEL FUENTES-RIVERA, § <br> AKA: Samuel Riveras-Romero, § <br>    Plaintiff-Petitioner, § <br> § <br> VS. § <br> § <br> KATHLEEN HAWK SAWYER, § <br> Director of the United States § <br> Bureau of Prisons, § <br>    Defendant-Respondent. § | CIVIL ACTION NO. B-00-123 <br><br> CRIMINAL NO. B-94-00052-001 |

## O R D E R

Petitioner, Jose Angel Fuentes-Rivera, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. The United States Government is hereby ordered to file a response by September 29, 2000.

DONE at Brownsville, Texas, this 16th day of August, 2000.

/s/ John Wm. Black
United States Magistrate Judge