3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

SEP 27 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | Criminal No. B-94-52 |
| JOSE ANGEL FUENTES-RIVERA (CA No. B000-123) | § | |

## GOVERNMENT'S REQUEST FOR EXTENSION OF TIME

Jose Angel Fuentes-Rivera has filed a motion for relief under 28 U.S.C. § 2255. The undersigned attorney for the government is currently preparing several briefs to be filed in the Fifth Circuit Court of Appeals. Consequently, it is respectively requested that an additional thirty days extension be granted in connection with the government's response.

Bill May, attorney for movant, has represented that he has no opposition to this request.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

By: JAMES L. POWERS
Assistant U.S. Attorney

## Certificate of Service

I hereby certify that a copy of the foregoing request for extension was mailed on this 27 day of September to:

Bill May
6000 Staples
Suite 100
Corpus Christi, Tx 78413

*(signature)*

JAMES L. POWERS
Assistant U.S. Attorney