United States District Court
Southern District of Texas
ENTERED

OCT 0 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA            §

            VS.                     §   Criminal No. B-94-52

JOSE ANGEL FUENTES-RIVERA           §
(CA No. B000-123)

## ORDER

Before the court is the government's motion for an additional
thirty days to respond to the motion for relief under 28 U.S.C. §
2255 filed by movant.  The government's motion is GRANTED.

The government is ordered to file its response no later than
3 NOV , 2000.

DONE this 29 day of SEPT , 2000 at Brownsville, Texas.

_____
            John Wm. Black
United States Magistrate Judge