IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE ANGEL FUENTES-RIVERA § <br>    Plaintiff-Petitioner, § <br> § <br> VS. § <br> § <br> UNITED STATES OF AMERICA, § <br>    Defendant-Respondent. § | CIVIL ACTION NO. B-00-123 <br><br> CRIMINAL NO. B-94-052 |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pending before the court is Jose Angel Fuentes-Rivera's ("Fuentes") petition (Docket No. 1) filed pursuant to 28 U.S.C. § 2255 seeking relief from revocation of his supervised release term on the grounds that his trial counsel was ineffective. The government has filed an answer (Docket No. 5) which seeks dismissal of the petition on the grounds that it is time barred. For the reasons set forth below this petition should be dismissed.

### BACKGROUND

The following factual summary is drawn from Fuentes' petition and the attached exhibits.

On April 6, 1994, Fuentes pled guilty to one count of a multi count indictment charging him with transporting illegal aliens in violation of 8 U.S.C. § 1324(a)(1)(B). The remaining three counts of the indictment were dismissed.

He was sentenced to one hundred ten days confinement and a thirty-six month supervised release term.

Following his state conviction for aggravated assault, Fuentes' supervised release term was revoked on May 31, 1995, and he was sentenced to eighteen months confinement to be served consecutively to his state imposed prison term.

## SECTION 2255 PETITION

Fuentes' § 2255 petition was filed on August 10, 2000. In it he claims that his trial counsel was ineffective during his revocation hearing.

## RECOMMENDATION

The 1996 amendments to the habeas statutes contain a one year limitation statute. 28 U.S.C. § 2244(d)(1). Fuentes had until April 27, 1997, to file his habeas petition. *United States v. Flores*, 135 F.3d 1000 (5th Cir. 1998) *cert. denied* 525 U.S. 1091 (1999).

Fuentes has not demonstrated any reason why the one year limitation statute should be tolled. *United States v. Patterson*, 211 F.3d 927 (5th Cir. 2000).

Jose Angel Fuentes-Rivera's § 2255 petition is time barred, and it should be **DISMISSED**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 18th day of January, 2001.

                                              John Wm. Black
                                       United States Magistrate Judge