UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA § 

VS. § Criminal No. B-94-52

JOSE ANGEL FUENTES-RIVERA §
(CA No. B-00-123)

## ORDER

Before the court is the motion of Jose Angel Fuentes-Rivera ("movant") for relief under 28 U.S.C. § 2255 and the government's response. Movant claims he was denied the effective assistance of counsel because of various failures on the part of his attorney during proceedings relating to the revocation of his term of supervised release. The judgment of the revocation and sentence in question was entered on July 26, 1995. The Antiterrorism and Effective Death Penalty Act requires that habeas petitions be filed within one year of the judgment becoming final. Because he did not appeal the judgment, it became final on July 26, 1995. Movant's petition is time-barred, and, for that reason is hereby DISMISSED.

DONE this 25th day of January, 2001 at Brownsville, Texas.

UNTIED STATES DISTRICT JUDGE