8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 14 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE ANGEL FUENTES-RIVERA | § | |
|    Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-00-123 |
| VS. | § | |
| | § | CRIMINAL NO. B-94-052 |
| UNITED STATES OF AMERICA, | § | |
|    Defendant-Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of January 18, 2001, should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this 13th day of February, 2001.

Filemon B. Vela
United States District Judge